IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC. and <br> UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> NUTANIX, INC., <br><br> Defendant. | Civil Action No. 2:17-cv-00174 <br><br> PATENT CASE <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF RELATED CASES**

Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A. ("Plaintiffs") file this notice of related cases currently at issue in front of this Court. Plaintiffs filed a patent infringement action in the Eastern District of Texas asserting infringement of U.S. Patents 6,324,578, 7,069,293, 6,510,466, and 6,728,766 in the complaint for the active case listed below.

| CASE | DATE FILED |
|---|---|
| 2:16-cv-01193, Uniloc Inc., et al. v. Nutanix, Inc. | 10/24/2016 |

Date: March 6, 2017

Respectfully submitted,

*/s/ Paul J. Hayes*
Paul J. Hayes (Lead Attorney)
Massachusetts State Bar No. 227000
James J. Foster
Massachusetts State Bar No. 553285
Kevin Gannon
Massachusetts State Bar No. 640931
Dean Bostock
Massachusetts State Bar No. 549747
Robert R. Gilman

Massachusetts State Bar No. 645224
Michael Ercolini
New York State Bar No. 5029905
Aaron Jacobs
Massachusetts State Bar No. 677545
Daniel McGonagle
Massachusetts State Bar No. 690084
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100
Email: pjhayes@princelobel.com
Email: jfoster@princelobel.com
Email: kgannon@princelobel.com
Email: dbostock@princelobel.com
Email: rgilman@princelobel.com
Email: mercolini@princelobel.com
Email: ajacobs@princelobel.com
Email: dmcgonagle@princelobel.com


Edward R. Nelson III
ed@nelbum.com
Texas State Bar No. 00797142
Anthony M. Vecchione
anthony@nelbum.com
Texas State Bar No. 24061270
NELSON BUMGARDNER PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone:  (817) 377-9111
Fax:  (817) 377-3485

**ATTORNEYS FOR THE PLAINTIFFS**